**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **ORDER** |
| | ) | 3:06CR00452-003 |
| **vs.** | ) | 3:06CR00858-001 |
| | ) | |
| **JENNIFER MARIE DAVIS** | ) | |

On January 30, 2007, Defendant Jennifer Marie Davis pleaded guilty to conspiracy to manufacture, possess with intent to distribute, and to distribute 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing methamphetamine, in violation of 21 U.S.C. § 846 (3:06CR00452-003); and failure to appear, in violation of 18 U.S.C. 3146(a)(1) and (b)(1)(A)(i) (3:06CR00858-001). On March 25, 2008, Defendant was sentenced to a total of 157 months, consisting of 151 months as to 3:06CR00452-003, and 6 months as to 3:06CR00858-001, to be served consecutively; followed by a 5-year term of supervised release, consisting of 5 years as to 3:06CR00452-003, and 3 years as to 3:06CR00858-001, to run concurrently. Defendant was released to supervision on or about October 5, 2015.

On November 2, 2016, Defendant appeared before the court for five violations of her term of supervised release: (1) new criminal conduct, consisting of arrest by the Lexington County Sheriff's Department for trafficking methamphetamine, possession of oxycodone, driving under suspension, reckless driving, and failure to maintain proof of insurance; (2) new criminal conduct, consisting of an arrest by the South Carolina Highway Patrol for hit and run with property damages; (3) new criminal conduct, consisting of conviction for driving under suspension and driving on the wrong side of the road; (4) use of illegal drugs, i.e. methamphetamine; and (5) failure to attend treatment. Defendant admitted violations two through five; however, she objected to violation one. The court revoked Defendant's supervised release for eleven months, and held violation one in abeyance pending adjudication.

The court is informed that on July 9, 2018, the underlying charges on violation one were dismissed in Lexington County Court of General Sessions. United States Probation Officer Todd Salley requests the court to rescind the outstanding warrant for violation one. The government does not object to the request.

IT IS THEREFORE ORDERED that the arrest warrant issued in this case be rescinded and violation one dismissed. Defendant is continued on supervised release in case numbers 3:06CR00452-003 and 06CR00858-001.

**IT IS SO ORDERED.**

/s/ Margaret B. Seymour
Senior United States District Judge

Columbia, South Carolina

July 16, 2018